WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Friedman, et al., | No. CV-23-00106-TUC-RM (MAA) |
| Plaintiffs, | **ORDER** |
| v. | |
| Pekin Insurance Company, et al., | |
| Defendants. | |

On May 16, 2023, Magistrate Judge Michael A. Ambri issued a Report and Recommendation (Doc. 13) recommending that this Court grant Plaintiffs' Motion to Remand (Doc. 10). No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed Magistrate Judge Ambri's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Magistrate Judge Ambri's Report and Recommendation. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 13) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Remand (Doc. 10) is **granted**. The above-entitled action is remanded to Pima County Superior Court. The Clerk of Court is directed to transmit a copy of this Order to the Clerk of the Pima County Superior Court.

Dated this 16th day of June, 2023.

Honorable Rosemary Márquez
United States District Judge